**Electronically Filed**
**Supreme Court**
**SCWC-22-0000084**
**31-MAR-2026**
**09:03 AM**
**Dkt. 22 OGAC**

SCWC-22-0000084

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TIKI'S GRILL & BAR, LLC,
Respondent/Plaintiff-Appellant,

vs.

DTRIC INSURANCE COMPANY, LIMITED,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000084; CASE NO. 1CCV-20-0001213)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Ginoza, and Devens, JJ., and
Circuit Judge Nichols, in place of Eddins, J., recused; and
Circuit Judge Holma, assigned by reason of vacancy)

Petitioner DTRIC Insurance Company, Limited's Application for Writ of Certiorari, filed on February 27, 2026, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, March 31, 2026.

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Steven R. Nichols

/s/ Karin L. Holma

